Elissa D. Miller
  emiller@sulmeyerlaw.com
Chapter 7 Trustee
333 South Grand Ave., Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Chapter 7 Trustee

FILED & ENTERED

NOV 01 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell  DEPUTY CLERK

**NOT FOR PUBLICATION** CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | Case No. 2:18-bk-17133-RK |
| DREAM HOSPICE CARE, INC., | Chapter 7 |
| Debtor. | **ORDER DENYING WITHOUT PREJUDICE CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING 1) ABANDONMENT AND DESTRUCTION OF OLD PATIENT FILES; AND 2) PAYMENT BY THE ESTATE OF THE COSTS OF DESTRUCTION FOR LACK OF SHOWING OF COMPLIANCE WITH PROCEDURES FOR DISPOSITION OF PATIENT RECORDS UNDER 11 U.S.C. §351(1), (2) AND (3)** |

[Relates to Docket No. 9]

[No Hearing Required]

The Notice of and "Motion for an Order Authorizing (1) the Abandonment and Destruction of Old Patient Files; and 2) Payment by the Estate of the Costs of Destruction (the "Motion") [Docket No. 9] filed by Elissa D. Miller, Chapter 7 Trustee came on regularly before the Court, the Honorable Robert Kwan, United States Bankruptcy Judge Presiding.

The Court read and considered the Motion,

**HEREBY ORDERS** that the Motion is DENIED WITHOUT PREJUDICE for lack of showing of compliance with the procedures for the disposition of patient records set forth in Section 351(1), (2) and (3) of the Bankruptcy Code, 11 U.S.C.  These procedures are

EDM\ 2650190.1

1. mandatory, and the Trustee in the Motion has neither shown compliance with these procedures nor that she is otherwise excused from compliance.  See 3 Levin and Sommer, *Collier on Bankruptcy,* ¶351.01 *et seq.* at 351-1 – 351-16 (16th ed. 2018); *see also, id.,* ¶351.04 at 351-10 – 351-13 (describing the required notice and disposition procedures in detail).

# # #

Date: November 1, 2018

_____
Robert Kwan
United States Bankruptcy Judge